IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN AARON                                                                                          PLAINTIFF

VS.                                      CASE NO. 1:15-CV-1066

HUBBELL LIGHTING, INC.                                                                      DEFENDANT

## ORDER

    Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (ECF No. 14). The parties request that the above-styled cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and that each party bear their own costs and attorney's fees. Upon consideration, the Court finds that Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITH PREJUDICE**.  Each party is to bear their own costs and attorney's fees.

    **IT IS SO ORDERED**, this 2nd day of February, 2016.

                                                                     /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   United States District Judge